UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LESTER SMITH,

    Plaintiff,

    v.

MICHAEL SIMS, STEVEN STRUBBERG,
SHERIFF RICHARD WATSON, and ST.
CLAIR COUNTY,

    Defendants.

Case No. 17-cv-774-JPG-GCS

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 68) of Magistrate Judge Gilbert C. Sison recommending that the Court grant in part and deny in part the defendants' motion for summary judgment (Doc. 57). Specifically, Magistrate Judge Sison recommends the Court grant the motion as to defendant Steven Strubberg (misnamed in the Amended Complaint as Shrewburg) on Counts 1, 2, and 5; as to defendant Michael Sims on Count 2 and 5; as to defendant Sheriff Richard Watson on Count 6; and as to defendant St. Clair County (misnamed in the Amended Complaint as St. Clair County Department of Corrections) on Count 7. He recommends the Court deny the motion as to Sims on Count 1, which would then proceed to trial.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 68);

- **GRANTS in part** and **DENIES in part** the defendants' motion for summary judgment (Doc. 57). The motion is **DENIED** as to Count 1 against Sims and **GRANTED** in all other respects; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

Defendants Strubberg, Watson and St. Clair County are terminated from this case.

The Court further **RECONSIDERS** *sua sponte* the plaintiff's motion for appointment of counsel (Doc. 33), **GRANTS** the motion (Doc. 33), and **REFERS** the matter of recruitment of counsel for the purposes of trial to Magistrate Judge Sison. The Court further **ORDERS** the parties to submit a proposed final pretrial order to Magistrate Judge Sison's chambers on or before November 22, 2019. The Final Pretrial Conference and Trial before Judge Gilbert will be set by separate order.

**IT IS SO ORDERED.**
**DATED:   October 23, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**