IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LESTER SMITH,

Plaintiff,

v.

MICHAEL SIMS, et al.,

Defendants.

Case No. 17-cv-774 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 4, 2021**  **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**